BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant EDISON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07 - 479 WHA |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] **ORDER TERMINATING PROBATION** |
| vs. | ) | |
| DEBRA EDISON, | ) | |
| Defendant. | ) | |

Good cause appearing, the Court hereby deems Ms. Edison to have successfully completed the term of her probation and orders that it be terminated early, effective immediately.

Date: September 29, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE